IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN HASTINGS                                                                                    PLAINTIFF

v.                                    Civil No. 1:21-cv-1020

DAVID RORWOOD, Sheriff, Ouachita County,
ET AL.                                                                                              DEFENDANTS

## ORDER

The Clerk is directed to mail the Plaintiff a court approved § 1983 form to use for filing the second amended complaint. In the second amended complaint, Plaintiff must reassert the claims made in his original complaint (ECF No. 2) concerning the incidents which allegedly occurred in September and October of 2019.[1] Plaintiff must write short, plain statements telling the Court: (1) the constitutional right Plaintiff believes was violated; (2) the name of the Defendant who violated the right; (3) exactly what the Defendant did or failed to do; (4) how the action or inaction of that Defendant is connected to the violation of Plaintiff's constitutional rights; and (5) what specific injury Plaintiff suffered because of that Defendant's conduct. *See Rizzo v. Goode*, 423 U.S. 362, 371-72, 377 (1976). Plaintiff must repeat this process for each person he has named as a Defendant. Plaintiff is CAUTIONED that he must affirmatively link the conduct of each named Defendant with the specific injury he suffered. If he fails to do so, the allegations against that Defendant will be dismissed for failure to state a claim. Witnesses are NOT to be listed in the complaint.

The Plaintiff must clearly designate on the face of the document that it is a second amended

---

[1] As set forth in the Order docketed as ECF No. 6, any claims which stem from incidents which occurred in August of 2020, in must be asserted in a separate action.

complaint. The second amended complaint must be retyped or rewritten in its entirety on the court approved form and may not incorporate any part of the original complaint. An amended complaint supersedes, or takes the place of, the original complaint. After amendment, the Court will treat the original complaint as nonexistent. Any cause of action that was raised in the original complaint is waived if it is not raised in the second amended complaint. **This case shall be subject to dismissal if Plaintiff fails to return the Second Amended Complaint to the Court on or before the Court's imposed deadline of May 26, 2021.**

Plaintiff is advised that he is required to immediately inform the Court of any change of address. If Plaintiff is transferred to another jail or prison or released, he shall have 30 days from the date of transfer or release in which to notify the Court of his new address. Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. Failure to inform the Court of an address change shall result in the dismissal of this case.

IT IS SO ORDERED this 5th day of May 2021.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE